160 So.2d 485

**C. M. BRADFORD**

v.

**Sam ENGELHARDT, Highway Director.**

**6 Div. 985.**

Supreme Court of Alabama.

Jan. 30, 1964.

St. John & St. John, Cullman, for appellant.

Maurice F. Bishop, Birmingham, and Nash, NeSmith & Walker, Oneonta, for appellee.

PER CURIAM.

Appellant (plaintiff below) voluntarily took a nonsuit with bill of exceptions in his suit filed in the Circuit Court of Blount County after the court sustained defendant's demurrers to each count of the complaint.

The judgment entry on the non-suit, which is set out in the report of the case does not contain all the essentials of a final judgment necessary to support an appeal to obtain the review authorized by § 819, Title 7, Code of Alabama 1940. Mason v. McClain, 271 Ala. 93, 122 So.2d 519.

In the absence of a final judgment meeting the mandates of law, there is nothing for this court to review.

The matter is jurisdictional. It cannot be waived. We must dismiss the appeal ex mero motu; and it is so ordered by the court. Martin v. Alabama Power Company, 208 Ala. 212, 94 So. 76; Lathrop Lumber Company v. Pioneer Lumber Company, 207 Ala. 522, 93 So. 427.

The foregoing opinion was prepared by B. W. SIMMONS, Supernumerary Circuit Judge, and was adopted by the court as its opinion.

Appeal dismissed.

LIVINGSTON, C. J., and LAWSON, GOODWYN, and COLEMAN, JJ., concur.